IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Michael and Ernestine Faulkner      ) | |
| ) | |
| ) | |
| Plaintiffs,                                           ) | |
| ) | |
| v.                                                        ) | Case No. 6:21-CV-00147-JWD |
| ) | |
| CITATION OIL AND GAS CORP.,   ) | |
| a foreign for-profit business corporation,  ) | |
| ) | |
| Defendant.                                        ) | |

## **ENTRY OF APPEARANCE**

COMES NOW, **Matt Irby**, of LandownerFirm, PLLC, and hereby enters his appearance as counsel of record for Plaintiffs.

Respectfully submitted,

/s/ Matt Irby
Matt Irby, OBA #34294
LandownerFirm, PLLC
37500 State Highway 31
Coalgate, OK 74538
(888) 439-4729
mail@landownerfirm.com
*ATTORNEY FOR PLAINTIFFS*

## **CERTIFICATE OF SERVICE**

   I hereby Certify that on July 7, 2021, I electronically transmitted the attached document to the Clerk of Court using the CM/ECF system for filing.

              /s/ Matt Irby

6:21-cv-00147-JWD  Document 15  Filed in ED/OK on 07/07/21  Page 2 of 2