UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

# ADR REPORT

File Electronically at ADR Documents – ADR Report by Mediator/Evaluator

Case Number and Name: Faulkner v. Citation Oil & Gas Corp., Case No. 21-CV-147-JWD

Name of Mediator/Evaluator: Amy J. Pierce

TYPE OF ADR (check one):   ● Mediation   ○ Early Neutral Evaluation

ADR Session Held or to be Held: 10/28/21

Additional Session Held (if any):

Results of Referral to ADR:

- [ ] Case settled **before** ADR
- [✓] Case settled **at** ADR session
- [ ] Case did **not** settle
- [ ] Case will not be heard – Reason:
- [ ] Case settled in part – Explain:
- [ ] Parties Request Administrative Closing Order for ___ days
- [ ] Other – Explain:
- [ ] **Counsel were requested to notify court if case settled or settled in part and to file appropriate pleadings.**

Did neutral serve pro bono?   ○ Yes   ● No

Status of litigation when ADR occurred:

○ TRO   ○ Pre-Discovery   ● Partial Discovery
○ Full Discovery   ○ Trial Preparation Commenced   ○ Other:

Length of ADR session: 6.5 hours

Dated: 10/28/21

s/ **Amy J. Pierce**                                     or     s/ _____
Mediator/Evaluator (Attorney Bar # OBA 17980)              Mediator (Non-Attorney)
                                                           I certify that I have the signed original of this
                                                           document, which is available for inspection at any
                                                           time by the Court or a party to this action

(ATTENTION NEUTRAL: This form is to be FILED ELECTRONICALLY by the neutral immediately upon the conclusion of the ADR. This form must be completed and filed even if the session did not occur or the neutral is serving privately for any case pending in this Court. Additional forms may be retrieved from the Court's website at www.okwd.uscourts.gov)

ONLY THE NEUTRAL IS TO FILE THIS FORM
Any Notes or other information concerning this case that is not to be filed, please send separately to:

ADR ADMINISTRATOR c/o Court Clerk
U.S. Courthouse
Room 1210
200 N.W. 4th Street
Oklahoma City, OK 73102