IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL FAULKNER and ERNESTINE FAULKNER, <br><br> Plaintiffs, <br><br> v. <br><br> CITATION OIL AND GAS CORP., a foreign for-profit business corporation, <br><br> Defendant. | Case No. 21-CV-00147-JWD |

## **ADMINISTRATIVE CLOSING ORDER**

On counsel's representation that the parties have reached a settlement and compromise of all claims in this case, it is ORDERED that the Clerk administratively terminate this action in his records. Unless a party moves to reopen or extend this proceeding within **30** days of the entry of this Order, this action shall be deemed dismissed with prejudice, and this Order shall become a final judgment that satisfies the separate-document requirement for purposes of Federal Rule of Civil Procedure 58(a). *See Morris v. City of Hobart*, 39 F.3d 1105, 1109–10 (10th Cir. 1994).

Entered this 29th day of October 2021.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE